IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNATHAN EDWARD BROWN, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00146-MTT-AGH |
| | * |
| AMANDA et al., | |
| | * |
| Defendants, | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk